AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:24-mj-586-EJY |
| | ) | |
| CHIBUIKE CLETUS AMADI | ) | Charging District:   Utah |
| *Defendant* | ) | Charging District's Case No.   4:23-cr-70-AMA-PK |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Utah District Court<br>351 S. West Temple, Room 1. 100<br>Salt Lake City, UT 84101 | Courtroom No.:  Room 2B 206 (St. George) |
|---|---|---|
| | | Date and Time:  09/17/2024 at 9:00am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   August 12, 2024

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



FILED ___  RECEIVED ___
ENTERED ___  SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 2 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY